**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1897**

_____

SAMUEL SHIPKOVITZ,

Plaintiff - Appellant,

and

STEPHEN C. CROSSAN; ANTHONY SABO,

Plaintiffs,

versus

SHARITA HUGHES; S. KEITH GRIERSON; RON CARLEE,
County of Arlington Manager; DANA WILSON;
RICHARD FREEMAN; LOUISE M. DIMATTEO,

Defendants - Appellees,

and

ARLINGTON COUNTY, Manager; ROBERT SPECK; CHAS.
E. SMITH MANAGEMENT, INCORPORATED; PHILIP
ALMEIDA; BLACK ICE SECURITY SERVICES,
INCORPORATED; JOHN DOE-I, Black Ice
employee-alleged guard; WATERFORD HOUSE UNIT
OWNERS ASSOCIATION, a/k/a Waterford House
Condominium Association,

Defendants.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge. (1:05-cv-01219-CMH)

Submitted:  September 24, 2007        Decided:  October 11, 2007

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel Shipkovitz, Appellant Pro Se.  Louise Marie DiMatteo, COUNTY ATTORNEY'S OFFICE, Arlington, Virginia; Michael Joseph Holleran, Yama Anthony Shansab, WALTON & ADAMS, PC, Reston, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Shipkovitz appeals a district court order granting an Appellee's motion to dismiss and a district court order granting summary judgment to the remaining Appellees and closing the case. We have reviewed the record and the district court's orders and affirm for the reasons cited by the district court. <u>See Shipkovitz v. Arlington County</u>, No. 1:05-cv-01219-CMH (E.D. Va. filed May 12, 2006, entered May 17, 2006; filed June 22, 2006, entered June 26, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>